# UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

**DOLLYE BALDREE**

    **Plaintiff,**

        VS.

**TEXAS FARMERS INSURANCE COMPANY,**

    **Defendant.**

CASE NO.: 3:18-CV-00353

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, Dollye Baldree, and Defendant, Texas Farmers Insurance Company, by their undersigned attorneys, respectfully notify the Court that the parties have settled this matter and request forty-five (45) days from this notice to finalize settlement papers and file a motion to dismiss with prejudice.

Dated: January 23, 2020.

Respectfully submitted,

*/s/ Shane A. McClelland*
Shane A McClelland
Law Offices of Shane McClelland
440 Cobia Drive, Suite 101
Katy, TX 77494
P: 713-987-7107; Fax: 832-827-4207
Email: shane@hmtrial.com

*/s/ Martin Bienstock*
Martin Bienstock
Bienstock PLLC
1629 K Street, NW, Suite 300
Washington, DC 20902
P: (202) 908-6601
Email: MBienstock@BienstockPLLC.com

Susan M. Sajadi *(Pro Hac Vice)*
Weisbrod, Matteis, Copley PLLC
1200 New Hampshire Avenue, Suite 600
Washington, DC 20036
P: (202) 499-7900
Email: ssajadi@wmclaw.com
*Counsel for Plaintiff, Dollye Baldree*

AND


*/s/ Claude F. Reynaud, III*
Claude F. Reynaud, III
USDC SDTX # 3335333
Louisiana State Bar #31534
Deani Beard Milano
USDC SDTX #365623
Louisiana State Bar #20784
**NIELSEN & TREAS, LLC**
3838 N. Causeway Boulevard, Suite 2850
Metairie, Louisiana 70002
P: (504) 837-2500; F: (504) 832-9165
Email: creynaud@nt-lawfirm.com
dmilano@nt-lawfirm.com

Bradley K. Jones
State Bar No. 24060041
Ryan A. Walton
State Bar No. 24105086
**Baker & Hostetler, LLP**
811 Main Street, Suite 1100
Houston, TX 77002
Tel: (713) 646-1394
Fax: (713) 751-1717
Email: bkjones@bakerlaw.com;
rwalton@bakerlaw.com

*Counsel for Defendant, Texas Farmers Insurance Company,*

## CERTIFICATE OF SERVICE

  The undersigned certifies that a copy of the foregoing was served upon all counsel of record via CM/ECF System this 23rd day of January, 2020.

    Shane A McClelland
    Law Offices of Shane McClelland
    440 Cobia Drive, Suite 101
    Katy, TX 77494

    Martin Bienstock
    Bienstock PLLC
    1629 K Street, NW, Suite 300
    Washington, DC 20902

    Susan M. Sajadi *(Pro Hac Vice)*
    Weisbrod, Matteis, Copley PLLC
    1200 New Hampshire Avenue, Suite 600
    Washington, DC 20036
    *Counsel for Plaintiff*

        */s/ Claude F. Reynaud, III*
        Claude F. Reynaud, III