United States District Court
Southern District of Texas
**ENTERED**
June 24, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| DOLLYE BALDREE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-353 |
| | § | |
| TEXAS FARMERS INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

## ORDER REGARDING JOINT STIPULATION OF DISMISSAL

The plaintiff, Dollye Baldree, and the defendant, Texas Farmers Insurance Company, filed a Joint Stipulation of Dismissal with Prejudice (Dkt. 30) pursuant to Rule 41(a). Accordingly, it is hereby ORDERED that all claims asserted against any party in the above-captioned lawsuit are hereby DISMISSED WITH PREJUDICE.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED on Galveston Island on the 24th day of June, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE